IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

ANTHONY G.
BRYANT

(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)

-against-  (FCC) Federal
Communication
Commission

(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)

**Complaint for a Civil Case**

Case No. 2:20-cv-03819-MBS-MGB
(to be filled in by the Clerk's Office)

Jury Trial:    ☑ Yes    ☐ No
        (check one)

RECEIVED USDC
CLERK CHARLESTON, SC
2020 OCT 29 AM 11: 33

PLAINTIFF
HAS

NO children

NO Public Hearings
under CARES Act

Protecting children in
the 21st century

schools and libraries

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name Anthony G. Bryant
Street Address 2123 Courtland Avenue
City and County Charleston, Charleston
State and Zip Code South Carolina 29403
Telephone Number N/A

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name (FCC) Federal Communication Commission
Job or Title (if known) Administrator
Street Address 445 12th Street SW
City and County Washington D.C. 20554
State and Zip Code Washington D.C. 20554
Telephone Number N/A

Defendant No. 2
Name IRS
Job or Title (if known) Administrator
Street Address P.O. Box 9052
City and County Andover MA 01910
State and Zip Code N/A
Telephone Number N/A

Defendant No. 3
Name Attorney General of United States

2

Job or Title
(if known)                  _U.S. Attorney_

Street Address              _600 E Street NW_

City and County             _Washington D.C._

State and Zip Code          _Washington D.C. 20530_

Telephone Number            _N/A_

Defendant No. 4

Name                        _Attorney General South Carolina_

Job or Title
(if known)                  _South Carolina AG Wilson_

Street Address              _1001 Main Street_

City and County             _Columbia Richland_

State and Zip Code          _South Carolina 29401_

Telephone Number

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_protecting children in the 21st century Act, Identity Theft federal trade commission Act FRT Notice 2011_

3

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Jury Proceeding

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

IRS Notice Identity Theft Violation of Civil Rights at Protecting children in the 21st century Act Title II Deleting online Predators, Title III children; US+ Broker, Title I Protecting children

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pre Injunction Violation of Judiciary Privacy Act ID Theft Warrant Summons by Publicly corrupt officials Sheriff Juvenile Record Violation

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/29, 20 20

Signature of Plaintiff

Printed Name of Plaintiff    Anthony C. Bryne

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

Telephone Number    _____

E-mail Address    _____

6